IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. DRISCOLL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:12-cv-00690 |
| | ) Case No. 13cv.01805 |
| THE GEORGE WASHINGTON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON JOINT MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE

Upon Consideration of the Parties Joint Motion For Approval of Confidential Settlement Agreement and Release, it is this 28 day of February 2014,

ORDERED that the Joint Motion be, and HEREBY is, GRANTED.

The Court has reviewed the Confidential Settlement Agreement and Release and based on the submissions of the Parties and the entire record herein, finds that the settlement is fair and reasonable to all Parties and, accordingly, the settlement is HEREBY APPROVED.

The Court further ORDERS that Case No. 1:12-cv-00690, and Case No. 1:13-cv-01805 be and HEREBY ARE DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
Judge Ellen S. Huvelle

Copies to:

Richard L. Alfred, Esq.
Raymond C. Baldwin, Esq.
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC 20004

Michael J.D. Sweeney, Esq.
Lesley Tse
Getman & Sweeney, PLLC
9 Paradies Lane
New Paltz, NY 12561